**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Darrell**<br>First name<br><br>**Lee**<br>Middle name<br><br>**Fouch**<br>Last name and Suffix (Sr., Jr., II, III) | **Juanita**<br>First name<br><br>**nmn**<br>Middle name<br><br>**Fouch**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2859 | xxx-xx-0308 |

Debtor 1    **Darrell Lee Fouch**
Debtor 2    **Juanita nmn Fouch**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ■ I have not used any business name or EINs. <br><br> Business name(s) <br> _____ <br> EINs <br> _____ | ■ I have not used any business name or EINs. <br><br> Business name(s) <br> _____ <br> EINs <br> _____ |
| **5. Where you live** | **17 Buck Layne** <br> **Matewan, WV 25678** <br> Number, Street, City, State & ZIP Code <br><br> **Mingo** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br> _____ | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br> _____ |

| | |
|---|---|
| Debtor 1 | **Darrell Lee Fouch** |
| Debtor 2 | **Juanita nmn Fouch** |

Case number *(if known)* _____

---

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

---

**11.** **Do you rent your residence?**

- ☑ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Darrell Lee Fouch** |
|---|---|
| Debtor 2 | **Juanita nmn Fouch** |

Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

Name of business, if any

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

---

| Debtor 1 | **Darrell Lee Fouch** |
|---|---|
| Debtor 2 | **Juanita nmn Fouch** |

Case number *(if known)* _____

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **15.** **Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | **Darrell Lee Fouch** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Juanita nmn Fouch** | | | |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
|---|---|---|---|

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

---

| 17. | Are you filing under Chapter 7? | ☐ No. | I am not filing under Chapter 7. Go to line 18. |
|---|---|---|---|

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

■ No
☐ Yes

---

| 18. | How many Creditors do you estimate that you owe? | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| 19. | How much do you estimate your assets to be worth? | ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 20. | How much do you estimate your liabilities to be? | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Darrell Lee Fouch | /s/ Juanita nmn Fouch |
|---|---|
| **Darrell Lee Fouch** | **Juanita nmn Fouch** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **October 18, 2019** | Executed on  **October 18, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Darrell Lee Fouch** | |
|---|---|---|
| Debtor 2 | **Juanita nmn Fouch** | |

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Robert H. Carlton WV** _____     Date     **October 18, 2019**
Signature of Attorney for Debtor                                                            MM / DD / YYYY

**Robert H. Carlton WV 637** _____
Printed name

**Robert H. Carlton Law Office** _____
Firm name

**19 E5th Ave.**
**Williamson, WV 25661** _____
Number, Street, City, State & ZIP Code

Contact phone     **304-235-7777** _____     Email address     **Carlton@mikrotec.com** _____

**WV 637 WV** _____
Bar number & State

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **Darrell Lee Fouch** | **Juanita nmn Fouch** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **September 13, 2019** | Executed on **September 13, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

Certificate Number: 12459-WVS-CC-033554667



12459-WVS-CC-033554667

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 15, 2019, at 6:33 o'clock AM PDT, Darrell Fouch received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of West Virginia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 15, 2019               By:     /s/Amanda Alumbaugh

                                       Name:   Amanda Alumbaugh

                                       Title:  Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 12459-WVS-CC-033554668



12459-WVS-CC-033554668

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 15, 2019</u>, at <u>6:33</u> o'clock <u>AM PDT</u>, <u>Juanita Fouch</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Southern District of West Virginia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>October 15, 2019</u>          By:    <u>/s/Amanda Alumbaugh</u>

                                        Name:  <u>Amanda Alumbaugh</u>

                                        Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Darrell Lee Fouch** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Juanita nmn Fouch** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... | $              0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................................ | $         15,196.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B..................................................................... | $         15,196.00 |

**Part 2:**    **Summarize Your Liabilities**

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $         18,131.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $              0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $         57,010.00 |
| | **Your total liabilities** | $         75,141.00 |

**Part 3:**    **Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $          1,829.00 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $          2,457.00 |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■   Yes

7.  **What kind of debt do you have?**

■   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Darrell Lee Fouch** | | |
|----------|------------------------|--|--|
| Debtor 2 | **Juanita nmn Fouch** | | Case number *(if known)* |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 1,326.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|----------------------------------------------------|-------------|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Darrell Lee Fouch** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Juanita nmn Fouch** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes.  Where is the property?

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Chevy** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Silverado** | ☐ Debtor 1 only | | |
| | Year: | **1994** | ☐ Debtor 2 only | | |
| | Approximate mileage: | **287,000** | ■ Debtor 1 and Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | **$1,000.00** | **$1,000.00** |

| 3.2 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Explorer** | ☐ Debtor 1 only | | |
| | Year: | **2012** | ☐ Debtor 2 only | | |
| | Approximate mileage: | **83,000** | ■ Debtor 1 and Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **surrendering in bankruptcy** | | ☐ Check if this is community property (see instructions) | **$10,000.00** | **$10,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Darrell Lee Fouch**
Debtor 2    **Juanita nmn Fouch**    Case number *(if known)* _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>

| $11,000.00 |
|---|

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Household Items | $1,000.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| TV's, Cell Phones | $500.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Personal Clothing | $500.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Darrell Lee Fouch** | | Case number *(if known)* | |
| Debtor 2 | **Juanita nmn Fouch** | | | |

| **Wedding Rings** | **$250.00** |
|---|---|

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......................................................................

| | **$2,250.00** |
|---|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.............................................................................................................................

| | **Cash** | **$100.00** |
|---|---|---|

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................              Institution name:

| 17.1. | **Checking** | **BB&T** | **$500.00** |
|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................              Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
              Name of entity:                           % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
              Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
              Type of account:                  Institution name:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor 1 | **Darrell Lee Fouch** | |
|---|---|---|
| Debtor 2 | **Juanita nmn Fouch** | Case number *(if known)* |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................              Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............              Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............              Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| 2018 | **Federal & State Tax Returns** | $1,346.00 |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
            benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
                      Company name:                    Beneficiary:                    Surrender or refund
                                                                                      value:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | **Darrell Lee Fouch** | |
|---|---|---|
| Debtor 2 | **Juanita nmn Fouch** | Case number *(if known)* |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...............................................................................................................

| | |
|---|---|
| | **$1,946.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | |
|---|---|
| | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Darrell Lee Fouch**
Debtor 2   **Juanita nmn Fouch**                                                    Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................ | | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | | **$11,000.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | | **$2,250.00** | |
| 58. | **Part 4: Total financial assets, line 36** | | **$1,946.00** | |
| 59. | **Part 5: Total business-related property, line 45** | | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | | **$15,196.00** | Copy personal property total    **$15,196.00** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$15,196.00** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Darrell Lee Fouch** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Juanita nmn Fouch** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **1994 Chevy Silverado 287,000 miles** Line from *Schedule A/B*: **3.1** | $1,000.00 | ■ | $1,000.00 | W. Va. Code § 38-10-4(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2012 Ford Explorer 83,000 miles surrendering in bankruptcy** Line from *Schedule A/B*: **3.2** | $10,000.00 | ■ | $0.00 | W. Va. Code § 38-10-4(e) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Household Items** Line from *Schedule A/B*: **6.1** | $1,000.00 | ■ | $1,000.00 | W. Va. Code § 38-10-4(c) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **TV's, Cell Phones** Line from *Schedule A/B*: **7.1** | $500.00 | ■ | $500.00 | W. Va. Code § 38-10-4(c) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Personal Clothing** Line from *Schedule A/B*: **11.1** | $500.00 | ■ | $500.00 | W. Va. Code § 38-10-4(e) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Darrell Lee Fouch** | | |
|---|---|---|---|
| Debtor 2 | **Juanita nmn Fouch** | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedding Rings**<br>Line from *Schedule A/B*: **12.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **W. Va. Code § 38-10-4(d)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **W. Va. Code § 38-10-4(e)** |
| **Checking: BB&T**<br>Line from *Schedule A/B*: **17.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **W. Va. Code § 38-10-4(e)** |
| **Federal & State Tax Returns: 2018**<br>Line from *Schedule A/B*: **28.1** | $1,346.00 | ■ $1,346.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **W. Va. Code § 38-10-4(e)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Darrell Lee Fouch** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Juanita nmn Fouch** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number
(if known) _____

☐ Check if this is an
  amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

  ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

  ■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **Progressive Leasing** | | $600.00 | $1,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Household Items**

**256 West Data Drive
Draper, UT 84020**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
   community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number     **3016**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Darrell Lee Fouch**
　　　　　 First Name　　　　　Middle Name　　　　　Last Name

Case number (if known) _____

Debtor 2   **Juanita nmn Fouch**
　　　　　 First Name　　　　　Middle Name　　　　　Last Name

| | | | | |
|---|---|---|---|---|
| **2.2** | **Santander Consumer USA** | Describe the property that secures the claim: | $17,531.00 | $10,000.00 | $7,531.00 |

**2.2** **Santander Consumer USA**

Creditor's Name

**Attn: Bankruptcy**
**10-64-38-Fd7**
**601 Penn St**
**Reading, PA 19601**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred **Opened 02/19  Last Active 7/26/19**

Describe the property that secures the claim:

| $17,531.00 | $10,000.00 | $7,531.00 |

**2012 Ford Explorer 83,000 miles surrendering in bankruptcy**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **2859**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $18,131.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $18,131.00 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Big Lots**
**3100 Easton Sq. Pl**
**Columbus, OH 43219**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   **3016**

☐ Name, Number, Street, City, State & Zip Code
**Progressive Leasing**
**256 Data Dr.**
**Draper, UT 84020**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   **3016**

☐ Name, Number, Street, City, State & Zip Code
**Santander Consumer USA**
**PO Box 660633**
**Dallas, TX 75266-0633**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number   **2859**

☐ Name, Number, Street, City, State & Zip Code
**Santander Consumer USA**
**Bankruptcy Dept.**
**PO Box 560284**
**Dallas, TX 75356-0284**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number   **2859**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darrell Lee Fouch** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Juanita nmn Fouch** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.  Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | | Total claim |
|---|---|---|---|

| 4.1 | **Acceptance Now** | Last 4 digits of account number      0623 | $6,633.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | **Attn: Bankruptcy** | | |
| | **5501 Headquarters Drive** | When was the debt incurred?      **Opened 12/12  Last Active 12/17/12** | |
| | **Plano, TX 75024** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a  community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify    **Rental Agreement** | |

Debtor 1    **Darrell Lee Fouch**
Debtor 2    **Juanita nmn Fouch**

Case number *(if known)* _____

---

| 4.2 | **ALPHA Recovery Corp** | **Last 4 digits of account number** | **0900** | **$554.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**5660 Greenwood Plaza Blvd**
**Suite 101N**
**Greenwood Village, CO 80011-2417**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collection Agency**

---

| 4.3 | **Capio Partners Llc** | **Last 4 digits of account number** | **various** | **$327.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3498**
**Sherman, TX 75091**

**When was the debt incurred?**    **Opened 07/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collection Attorney Sheridan Radiology Services I**

---

| 4.4 | **Comenity Bank/burkesol** | **Last 4 digits of account number** | **2418** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**

**When was the debt incurred?**    **Opened 7/28/17 Last Active 9/06/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Charge Account**

---

Debtor 1  **Darrell Lee Fouch**
Debtor 2  **Juanita nmn Fouch**

Case number (if known) _____

---

| 4.5 | **Comenity Bank/Marathon** | Last 4 digits of account number | **3356** | **$764.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?   **Opened 11/12  Last Active 11/26/14**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.6 | **Comenity Bank/Peebles** | Last 4 digits of account number | **8304** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?   **Opened  5/08/17  Last Active 9/06/17**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.7 | **Comenity Bank/Peebles** | Last 4 digits of account number | **8288** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?   **Opened  5/08/17  Last Active 9/06/17**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Darrell Lee Fouch**
Debtor 2   **Juanita nmn Fouch**

Case number (if known) _____

---

| 4.8 | **Credit One Bank** | Last 4 digits of account number | **4977** | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**Po Box 98873**
**Las Vegas, NV 89193**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 04/17  Last Active 9/06/17**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.9 | **Credit Solutions Llc** | Last 4 digits of account number | **7391** | $2,201.00 |

Nonpriority Creditor's Name
**2277 Thunderstick Dr Ste 400**
**Lexington, KY 40505**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened  6/29/15**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **11 Appalachian Wireless**

---

| 4.10 | **Directv** | Last 4 digits of account number | **1690** | $89.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 5007**
**Carol Stream, IL 60197**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

Debtor 1    **Darrell Lee Fouch**
Debtor 2    **Juanita nmn Fouch**
                                                              Case number (if known) _____

| 4.1 1 | **Diversified Consultants, Inc.** | Last 4 digits of account number | **2014** | $283.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 679543
Dallas, TX 75267**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 06/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney Dish Network**

---

| 4.1 2 | **First PREMIER Bank** | Last 4 digits of account number | **7453** | $625.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 01/14  Last Active 4/14/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.1 3 | **First PREMIER Bank** | Last 4 digits of account number | **5941** | $522.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 10/12  Last Active 4/13/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1    **Darrell Lee Fouch**
Debtor 2    **Juanita nmn Fouch**

Case number (*if known*) _____

---

| 4.1 4 | **Firstsource Advantage, LLC** | Last 4 digits of account number    3223 | $421.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 628**
**Buffalo, NY 14240**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection for Capital One Bank**

---

| 4.1 5 | **Franklin Collection Service, Inc.** | Last 4 digits of account number    0796 | $730.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3910**
**Tupelo, MS 38803**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 06/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Attorney Directv**

---

| 4.1 6 | **Frontier Communications** | Last 4 digits of account number    3031 | $657.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**19 John Street**
**Middletown, NY 10940**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **charge account**

---

Debtor 1   **Darrell Lee Fouch**
Debtor 2   **Juanita nmn Fouch**

Case number (if known) _____

---

| 4.1 7 | **Gearheart Communications** | Last 4 digits of account number | **various** | $177.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 740729**
**Cincinnati, OH 45274-0729**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| 4.1 8 | **GLA Collection Company** | Last 4 digits of account number | **various** | $559.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 588**
**Greensburg, IN 47240**
Number Street City State Zip Code

When was the debt incurred?   **Opened 08/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Pikeville Radiology Pllc**

---

| 4.1 9 | **Healthcare Financial S** | Last 4 digits of account number | **8707** | $848.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3882**
**Charleston, WV 25301**
Number Street City State Zip Code

When was the debt incurred?   **Opened  1/07/14**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Stat Ems Llc**

---

Debtor 1   **Darrell Lee Fouch**
Debtor 2   **Juanita nmn Fouch**

Case number (*if known*) _____

---

**4.20**

| | | |
|---|---|---|
| **Huntington Natl Bk** | Last 4 digits of account number | **3616** | **$14,804.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 340996**
**Columbus, OH 43234**

When was the debt incurred?   **Opened 06/14  Last Active 8/01/19**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Repossession 2014 Ford Explorer**

---

**4.21**

| | | |
|---|---|---|
| **I.C. System, Inc.** | Last 4 digits of account number | **8781** | **$170.00** |

Nonpriority Creditor's Name
**444 Highway 96 East**
**Po Box 64378**
**St. Paul, MN 55164**

When was the debt incurred?   **Opened 05/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Collection Attorney Att Directv**

---

**4.22**

| | | |
|---|---|---|
| **Internal Collection Department** | Last 4 digits of account number | **various** | **$20.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 2917**
**Pikeville, KY 41502**

When was the debt incurred?   _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **medical**

---

Debtor 1    **Darrell Lee Fouch**
Debtor 2    **Juanita nmn Fouch**

Case number (*if known*) _____

---

| 4.2 3 | **Jefferson Capital Systems, LLC** | Last 4 digits of account number | **9003** | **$2,961.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 1999**
**Saint Cloud, MN 56302**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**    **Opened 06/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Factoring Company Account Verizon Wireless**

---

| 4.2 4 | **Jefferson Capital Systems, LLC** | Last 4 digits of account number | **various** | **$1,777.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**16 McLeland Rd.**
**Saint Cloud, MN 56303**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection for Verizon Wireless**

---

| 4.2 5 | **Lendmark Financial** | Last 4 digits of account number | **4109** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1735 N Brown Rd, Ste 300**
**Lawrenceville, GA 30043**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**    **Opened 02/09  Last Active 11/02/09**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **charge account**

---

Debtor 1    **Darrell Lee Fouch**
Debtor 2    **Juanita nmn Fouch**

Case number (if known) _____

---

| 4.2 6 | **LincoIn Automotive Financial Services** | Last 4 digits of account number | **1887** | **$13,198.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 542000**
**Omaha, NE 68154**

Number Street City State Zip Code

When was the debt incurred?    **Opened 06/17  Last Active 1/16/18**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Repossession 2018 Ford F150**

---

| 4.2 7 | **LVNV Funding/Resurgent Capital** | Last 4 digits of account number | **4977** | **$598.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**

Number Street City State Zip Code

When was the debt incurred?    **Opened 05/18**

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Factoring Company Account Credit One Bank N.A.**

---

| 4.2 8 | **OneMain Financial** | Last 4 digits of account number | **8423** | **$5,242.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**601 Nw 2nd St #300**
**Evansville, IN 47708**

Number Street City State Zip Code

When was the debt incurred?    **Opened 01/19  Last Active 8/01/19**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

Debtor 1  **Darrell Lee Fouch**

Debtor 2  **Juanita nmn Fouch**

Case number (if known) _____

---

| 4.2 9 | **Peebles** | Last 4 digits of account number | **9307** | **$554.00** |

Nonpriority Creditor's Name

**PO Box 659465**

**San Antonio, TX 78265-9465**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Charge Account**

---

| 4.3 0 | **Portfolio Recovery** | Last 4 digits of account number | **8304** | **$503.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**120 Corporate Blvd**

**Norfold, VA 23502**

Number Street City State Zip Code

**When was the debt incurred?**  **Opened 12/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Factoring Company Account Comenity Bank**

---

| 4.3 1 | **Portfolio Recovery** | Last 4 digits of account number | **8288** | **$465.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**120 Corporate Blvd**

**Norfold, VA 23502**

Number Street City State Zip Code

**When was the debt incurred?**  **Opened 12/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Factoring Company Account Comenity Bank**

---

Debtor 1   **Darrell Lee Fouch**
Debtor 2   **Juanita nmn Fouch**

Case number (if known) _____

---

| 4.3 2 | **Portfolio Recovery** | Last 4 digits of account number | **2418** | **$463.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**120 Corporate Blvd**
**Norfold, VA 23502**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/18**

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Factoring Company Account Comenity Bank**

---

| 4.3 3 | **Portfolio Recovery** | Last 4 digits of account number | **3689** | **$444.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**120 Corporate Blvd**
**Norfold, VA 23502**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/16**

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Factoring Company Account Capital One Bank Usa N.A.**

---

| 4.3 4 | **Portfolio Recovery** | Last 4 digits of account number | **5307** | **$421.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**120 Corporate Blvd**
**Norfold, VA 23502**
Number Street City State Zip Code

When was the debt incurred?   **Opened 03/17**

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Factoring Company Account Capital One Bank Usa N.A.**

---

Debtor 1   **Darrell Lee Fouch**

Debtor 2   **Juanita nmn Fouch**

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **4.3 5** | **Verizon Wireless** | Last 4 digits of account number | **various** | **Unknown** |

Nonpriority Creditor's Name

**Attn: Verizon Wireless**
**Bankruptcy Administration**
**500 Technology Drive, Ste 550**
**Weldon Spring, MO 63304**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Acceptance Now**<br>**330 Southridge Blvd.**<br>**Charleston, WV 25309** | Line **4.1** of *(Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**0623** |
| **Appalachian Wireless**<br>**PO Box 630734**<br>**Cincinnati, OH 45263-0734** | Line **4.9** of *(Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**7391** |
| **Burkes Outlet**<br>**PO Box 659705**<br>**San Antonio, TX 78265-9705** | Line **4.4** of *(Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**2418** |
| **Capio Partners, LLC**<br>**Attn: Bankruptcy**<br>**PO Box 3498**<br>**Sherman, TX 75091** | Line **4.3** of *(Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**various** |
| **Capital One Bank (USA), NA**<br>**15000 Capital One Drive**<br>**Henrico, VA 23238** | Line **4.33** of *(Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**3689** |
| **Capital One Bank (USA), NA**<br>**15000 Capital One Drive**<br>**Henrico, VA 23238** | Line **4.34** of *(Check one):*<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**5307** |
| **Capital One Bank (USA), NA** | Line **4.14** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1   **Darrell Lee Fouch**
Debtor 2   **Juanita nmn Fouch**

Case number *(if known)* _____

**PO Box 6492**
**Carol Stream, IL 60197**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                **3223**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Comenity Bank**<br>**Attn: Bankruptcy**<br>**PO Box 182789**<br>**Columbus, OH 43218** | Line **4.5** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **3356**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Comenity Bank Bankruptcy**<br>**Department**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** | Line **4.30** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **8304**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Comenity Bank Bankruptcy**<br>**Department**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** | Line **4.31** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **8288**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Comenity Bank Bankruptcy**<br>**Department**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** | Line **4.32** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **2418**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Comenity Bank Bankruptcy**<br>**Department**<br>**PO Box 182782**<br>**Columbus, OH 43218-2782** | Line **4.29** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **9307**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Credit One Bank**<br>**Attn: Bankruptcy**<br>**Po Box 98873**<br>**Las Vegas, NV 89193** | Line **4.27** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **4977**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Credit One Bank**<br>**Attn: Bankruptcy**<br>**PO Box 98872**<br>**Las Vegas, NV 89193** | Line **4.8** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **4977**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Credit Solutions LLC**<br>**Attn: Bankruptcy**<br>**2277 Thunderstick Drive**<br>**Lexington, KY 40505** | Line **4.9** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **7391**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Customer Service**<br>**Attn: Bankruptcy**<br>**PO Box 182273**<br>**Columbus, OH 43218** | Line **4.29** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number                **9307**

---

Debtor 1  **Darrell Lee Fouch**

Debtor 2  **Juanita nmn Fouch**

Case number (if known) _____

| | |
|---|---|
| Name and Address<br>**Directv**<br>**Attn: Bankruptcy**<br>**PO Box 5007**<br>**Carol Stream, IL 60197** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0796** |
| Name and Address<br>**DIRECTV**<br>**Attn: Bankruptcy**<br>**PO Box 6550**<br>**Greenwood Village, CO 80155-6550** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **2014** |
| Name and Address<br>**DIRECTV**<br>**Attn: Bankruptcy**<br>**PO Box 6550**<br>**Greenwood Village, CO 80155-6550** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **8781** |
| Name and Address<br>**DIRECTV**<br>**Attn: Bankruptcy**<br>**PO Box 6550**<br>**Greenwood Village, CO 80155-6550** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1690** |
| Name and Address<br>**Diversified Consultant**<br>**Attn: Bankruptcy**<br>**PO Box 551268**<br>**Jacksonville, FL 32255** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **2014** |
| Name and Address<br>**First Premier Bank**<br>**Attn: Bankruptcy**<br>**601 S. Minnesota Ave.**<br>**Sioux Falls, SD 57104** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7453** |
| Name and Address<br>**First Premier Bank**<br>**Attn: Bankruptcy**<br>**601 S. Minnesota Ave.**<br>**Sioux Falls, SD 57104** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **5941** |
| Name and Address<br>**Firstsource Advantage, LLC**<br>**Attn: Bankruptcy**<br>**205 Bryant Woods South**<br>**Buffalo, NY 14228** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3223** |
| Name and Address<br>**Firstsource Advantage, LLC**<br>**CZFRST02**<br>**PO Box 1022**<br>**Wixom, MI 48393-1022** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3223** |
| Name and Address<br>**Ford Motor Credit**<br>**National Bankruptcy Service Center** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1  **Darrell Lee Fouch**
Debtor 2  **Juanita nmn Fouch**

Case number (if known) _____

PO Box 6275
Dearborn, MI 48121

☐ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | **1887** |

---

Name and Address
**Franklin Collection Services**
**Attn: Bankruptcy**
**2978 W. Jackson St.**
**Tupelo, MS 38803**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | **0796** |

---

Name and Address
**Frontier Communications**
**Attn: Bankruptcy**
**PO Box 20550**
**Rochester, NY 14602**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | **3031** |

---

Name and Address
**GLA Collections**
**2630 Gleeson Way**
**Louisville, KY 40299**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | **various** |

---

Name and Address
**Healthcare Financial Services**
**Attn: Bankruptcy**
**1204 Kanawha Blvd E**
**Charleston, WV 25338**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | **8707** |

---

Name and Address
**Huntington National Bank**
**Att: Bankruptcy**
**7 Easton Oval**
**Columbus, OH 43219**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | **3616** |

---

Name and Address
**I.C. System, Inc.**
**PO Box 64378**
**Saint Paul, MN 55164-0378**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | **8781** |

---

Name and Address
**Jefferson Capital Systems, LLC**
**Attn: Bankruptcy**
**16 McLeland Rd.**
**Saint Cloud, MN 56303**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | **9003** |

---

Name and Address
**Jefferson Capital Systems, LLC**
**Attn: Bankruptcy**
**PO Box 772813**
**Chicago, IL 60677**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | **various** |

---

Name and Address
**Jefferson Capital Systems, LLC**
**Attn: Bankruptcy**
**PO Box 1120**
**Charlotte, NC 28201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | **various** |

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1  **Darrell Lee Fouch**
Debtor 2  **Juanita nmn Fouch**

Case number *(if known)*

| | | |
|---|---|---|
| **Jefferson Capital Systems, LLC**<br>**Attn: Bankruptcy**<br>**16 McLeland Rd.**<br>**Saint Cloud, MN 56303** | Line **4.29** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9307** |

| | | |
|---|---|---|
| Name and Address<br>**LVNV Funding LLC**<br>**PO Box 1269**<br>**Greenville, SC 29602** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **4977** |

| | | |
|---|---|---|
| Name and Address<br>**Marathon**<br>**Attn: Bankruptcy**<br>**PO Box 182273**<br>**Columbus, OH 43218-2273** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3356** |

| | | |
|---|---|---|
| Name and Address<br>**OneMain**<br>**PO Box 3327**<br>**Evansville, IN 47732** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8423** |

| | | |
|---|---|---|
| Name and Address<br>**OneMain Financial**<br>**Attn: Bankruptcy**<br>**PO Box 1010**<br>**Evansville, IN 47706** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8423** |

| | | |
|---|---|---|
| Name and Address<br>**OneMain Financial**<br>**Attn: Bankruptcy**<br>**63A Water Street**<br>**Logan, WV 25601** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8423** |

| | | |
|---|---|---|
| Name and Address<br>**Pikeville Medical Center**<br>**PO Box 432**<br>**Pikeville, KY 41502-0432** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **various** |

| | | |
|---|---|---|
| Name and Address<br>**Pikeville Radiology, PLLC**<br>**PO Box 2648**<br>**Pikeville, KY 41502** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **various** |

| | | |
|---|---|---|
| Name and Address<br>**Portfolio Recovery**<br>**150 Corporate Blvd.**<br>**Ste 100**<br>**Norfolk, VA 23502** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8288** |

| | | |
|---|---|---|
| Name and Address<br>**Portfolio Recovery**<br>**150 Corporate Blvd.**<br>**Ste 100**<br>**Norfolk, VA 23502** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.32** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2418** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Darrell Lee Fouch**
Debtor 2   **Juanita nmn Fouch**

Case number (if known) _____

| | | |
|---|---|---|
| **Portfolio Recovery**<br>**150 Corporate Blvd.**<br>**Ste 100**<br>**Norfolk, VA 23502** | Line **4.33** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3689** |

| | | |
|---|---|---|
| Name and Address<br>**Portfolio Recovery**<br>**150 Corporate Blvd.**<br>**Ste 100**<br>**Norfolk, VA 23502** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **5307** |

| | | |
|---|---|---|
| Name and Address<br>**Portfolio Recovery Associates, LLC**<br>**150 Corporate Blvd.**<br>**Norfolk, VA 23502** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8304** |

| | | |
|---|---|---|
| Name and Address<br>**Sheridan Radiology/Capio Partners**<br>**Attn: Bankruptcy**<br>**2222 Texoma Pkwy Ste 160**<br>**Sherman, TX 75090** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **various** |

| | | |
|---|---|---|
| Name and Address<br>**STAT EMS, LLC**<br>**Attn: Bankruptcy**<br>**PO Box 1210**<br>**Pineville, WV 24874** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8707** |

| | | |
|---|---|---|
| Name and Address<br>**The Huntington National Bank**<br>**5555 Cleveland Avenue**<br>**GW 1W19**<br>**Columbus, OH 43231** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3616** |

| | | |
|---|---|---|
| Name and Address<br>**Verizon**<br>**Attn: Bankruptcy Dept.**<br>**500 Technology Drive, Ste. 550**<br>**Saint Charles, MO 63304** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9003** |

| | | |
|---|---|---|
| Name and Address<br>**Verizon**<br>**Attn: Bankruptcy**<br>**PO Box 489**<br>**Newark, NJ 07101** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **various** |

| | | |
|---|---|---|
| Name and Address<br>**Verizon**<br>**Attn: Bankruptcy**<br>**PO Box 408**<br>**Newark, NJ 07101** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **various** |

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each**
    **type of unsecured claim.**

                                                                          **Total Claim**

Debtor 1  **Darrell Lee Fouch**
Debtor 2  **Juanita nmn Fouch** _____    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 57,010.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 57,010.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darrell Lee Fouch** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Juanita nmn Fouch** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number       Street | |
| City            State       ZIP Code | |
| **2.2** | |
| Name | |
| Number       Street | |
| City            State       ZIP Code | |
| **2.3** | |
| Name | |
| Number       Street | |
| City            State       ZIP Code | |
| **2.4** | |
| Name | |
| Number       Street | |
| City            State       ZIP Code | |
| **2.5** | |
| Name | |
| Number       Street | |
| City            State       ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darrell Lee Fouch** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Juanita nmn Fouch** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

**3.1**

Name

Number   Street
City                              State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**

Name

Number   Street
City                              State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Darrell Lee Fouch** |
| Debtor 2 (Spouse, if filing) | **Juanita nmn Fouch** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                                                     12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | **Occupation** | **Dietary Worker** | |
| | **Employer's name** | **West Virginia's Choice** | |
| | **Employer's address** | **1097 Greenbag Road<br>Morgantown, WV 26508** | |
| | **How long employed there?** | 3 yrs | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 1,192.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 1,192.00 | $ 0.00 |

| | | |
|---|---|---|
| Debtor 1 | **Darrell Lee Fouch** | |
| Debtor 2 | **Juanita nmn Fouch** | Case number (*if known*) |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here** ................................................................ | 4. $ **1,192.00** | $ **0.00** |
| 5. | **List all payroll deductions:** | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. $ **134.00** | $ **0.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. $ **0.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. $ **0.00** | $ **0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. $ **0.00** | $ **0.00** |
| | 5e. **Insurance** | 5e. $ **0.00** | $ **0.00** |
| | 5f. **Domestic support obligations** | 5f. $ **0.00** | $ **0.00** |
| | 5g. **Union dues** | 5g. $ **0.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify: | 5h.+ $ **0.00** | + $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ **134.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. $ **1,058.00** | $ **0.00** |
| 8. | **List all other income regularly received:** | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ **0.00** | $ **0.00** |
| | 8b. **Interest and dividends** | 8b. $ **0.00** | $ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ **0.00** | $ **0.00** |
| | 8d. **Unemployment compensation** | 8d. $ **0.00** | $ **0.00** |
| | 8e. **Social Security** | 8e. $ **0.00** | $ **771.00** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ **0.00** | $ **0.00** |
| | 8g. **Pension or retirement income** | 8g. $ **0.00** | $ **0.00** |
| | 8h. **Other monthly income.** Specify: | 8h.+ $ **0.00** | + $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ **0.00** | $ **771.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ **1,058.00** + $ **771.00** | = $ **1,829.00** |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                    11.  +$          **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                                 12.  $          **1,829.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■  No.
    ☐  Yes. Explain: _____

| | | 9/7/2019 | 9/13/2019 | 9/26/2019 | 36467 |
|---|---|---|---|---|---|
| Employee Name | | Employee Number | Social Security No. | Total Hours Paid | Check Amount $275.82 |

| Current Earnings 306.25 | Current Deductions 0.00 | Current Taxes 30.43 | YTD Earnings 6,037.63 | YTD Subject to FIT 6,037.63 | YTD Net Pay 5,475.68 |
|---|---|---|---|---|---|

| Category | Earns./Ded's/Taxes | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| | Adjustment-PC | | | | | | 21.88 | |
| | PC | Regular | 35.00 | 8.75 | | 306.25 | 6,015.75 | |
| Taxes | Medicare | | | | 306.25 | 4.44 | 87.63 | |
| | Soc Sec | | | | 306.25 | 18.99 | 374.32 | |
| | WV SIT | | | | 306.25 | 7.00 | 100.00 | |
| Direct Deposit | BANK 01 | | | 100.00000 | 275.82 | 275.82 | | |

---

**West Virginia's Choice**
**Payroll Account**
1097 Greenbag Road
Morgantown, WV 26508-1532
(304) 291-9066

The Huntington National Bank
Morgantown, WV 26505
69-376 / 519

**36467**

| DATE | 9/26/2019 |
|---|---|
| AMOUNT | Direct Deposit |

PAY     NON-NEGOTIABLE

TO THE     DARRELL L FOUCH
ORDER     17 BUCK LN
OF     MATEWAN, WV 25678-7823

NON-NEGOTIABLE

 attached to petition

---

| **West Virginia's Choice** | | Period Start 8/31/2019 | Period End 9/6/2019 | Check Date 9/19/2019 | Check Number 35215 |
|---|---|---|---|---|---|
| FOUCH, DARRELL L  Employee Name | | Employee Number DF102252 | Social Security No. | Total Hours Paid 35.00 | Check Amount $275.82 |

| Current Earnings 306.25 | Current Deductions 0.00 | Current Taxes 30.43 | YTD Earnings 5,731.38 | YTD Subject to FIT 5,731.38 | YTD Net Pay 5,199.86 |
|---|---|---|---|---|---|

| Category | Earns./Ded's/Taxes | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| | Adjustment-PC | | | | | | 21.88 | |
| | PC | Regular | 35.00 | 8.75 | | 306.25 | 5,709.50 | |
| Taxes | Medicare | | | | 306.25 | 4.44 | 83.19 | |
| | Soc Sec | | | | 306.25 | 18.99 | 355.33 | |
| | WV SIT | | | | 306.25 | 7.00 | 93.00 | |
| Direct Deposit | BANK 01 | | | 100.00000 | 275.82 | 275.82 | | |

---

**West Virginia's Choice**
**Payroll Account**

The Huntington National Bank
Morgantown, WV 26505
69-376 / 519

**35215**

## West Virginia's Choice

| | | | | | 8/24/2019 | 8/30/2019 | 9/12/2019 | 33957 |

| FOUCH, DARRELL L Employee Name | | Employee Number DP02252 | Social Security No. | Total Hours Paid 35.00 | Check Amount $275.82 |

| Current Earnings 306.25 | Current Deductions 0.00 | Current Taxes 30.43 | YTD Earnings 5,425.13 | YTD Subject to FIT 5,425.13 | YTD Net Pay 4,924.04 |

| Category | Earns./Ded's/Taxes | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|----------|--------------------|------|-------|-----------|----------------|--------|--------------|---------|
| | Adjustment-PC | | | | | | 21.88 | |
| | PC | Regular | 35.00 | 8.75 | | 306.25 | 5,403.25 | |
| Taxes | Medicare | | | | 306.25 | 4.44 | 78.75 | |
| | Soc Sec | | | | 306.25 | 18.99 | 336.34 | |
| | WV SIT | | | | 306.25 | 7.00 | 86.00 | |
| Direct Deposit | BANK 01 | | | 100.00000 | 275.82 | 275.82 | | |

**West Virginia's Choice**
**Payroll Account**
1097 Greenbag Road
Morgantown, WV 26508-1532
(304) 291-9066

The Huntington National Bank
Morgantown, WV 26505
69-376 / 519

**33957**

| DATE | 9/12/2019 |
| AMOUNT | Direct Deposit |

PAY    NON-NEGOTIABLE

TO THE    DARRELL L FOUCH
ORDER    17 BUCK LN
OF    MATEWAN, WV 25678-7823

## NON-NEGOTIABLE

---

| West Virginia's Choice | | Period Start 8/17/2019 | Period End 8/23/2019 | Check Date 9/5/2019 | Check Number 32703 |

| FOUCH, DARRELL L Employee Name | | Employee Number DP02252 | Social Security No. | Total Hours Paid 35.00 | Check Amount $275.82 |

| Current Earnings 306.25 | Current Deductions 0.00 | Current Taxes 30.43 | YTD Earnings 5,118.88 | YTD Subject to FIT 5,118.88 | YTD Net Pay 4,648.22 |

| Category | Earns./Ded's/Taxes | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|----------|--------------------|------|-------|-----------|----------------|--------|--------------|---------|
| | Adjustment-PC | | | | | | 21.88 | |
| | PC | Regular | 35.00 | 8.75 | | 306.25 | 5,097.00 | |
| Taxes | Medicare | | | | 306.25 | 4.44 | 74.31 | |
| | Soc Sec | | | | 306.25 | 18.99 | 317.35 | |
| | WV SIT | | | | 306.25 | 7.00 | 79.00 | |
| Direct Deposit | BANK 01 | | | 100.00000 | 275.82 | 275.82 | | |

**West Virginia's Choice**
**Payroll Account**
1097 Greenbag Road
Morgantown, WV 26508-1532
(304) 291-9066

The Huntington National Bank
Morgantown, WV 26505
69-376 / 519

**32703**

| DATE | 9/5/2019 |
| AMOUNT | Direct Deposit |

SOCIAL SECURITY ADMINISTRATION

Date: October 15, 2019
BNC#: 19BC062C31555
REF: A ,DI

JUANITA FOUCH
17 BUCK LANE
MATEWAN WV 25678-7823

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Supplemental Security Income Payments

   Beginning January 2019, the current
   Supplemental Security Income payment is...............$ 771.00

   This payment amount may change from month to month if income or
   living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For
   example, Supplemental Security Income Payments for March are paid in March.)

SUSPECT SOCIAL SECURITY FRAUD?

 Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud
 Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet
to find general information about Social Security. If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local
office at 888-833-6159. We can answer most questions over the phone. If you are
deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can
also write or visit any Social Security office. The office that serves your
area is located at:

                    SOCIAL SECURITY
                    146 EAST FIRST AVE
                    WILLIAMSON, WV 25661

# United States Bankruptcy Court
## Southern District of West Virginia

In re    **Darrell Lee Fouch**
       **Juanita nmn Fouch** _____

                    Debtor(s)

Case No. _____

Chapter   **7** _____

### STATEMENT UNDER PENALTY OF PERJURY CONCERNING
### PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. §521(a)(1)(B)(iv)

I*,   **Juanita nmn Fouch**   (Debtor's name), state that I did not file copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by me from any employer because:

☐ (1) I was not employed during the period immediately preceding the filing of the above-referenced case _____ (state the dates that you were not employed);

☐ (2) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the filing of the petition;

☐ (3) I am self employed and do not receive any evidence of payment;

☐ (4) Other (please explain)   _Social Sec. Recipient_

     I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated   **October 12, 2019**   .

**/s/ Juanita nmn Fouch** _____ (Signature of Debtor)
         **Juanita nmn Fouch**
          Debtor

*a separate form must be filed for each Debtor.

Fill in this information to identify your case:

Debtor 1        **Darrell Lee Fouch**

Debtor 2        **Juanita nmn Fouch**
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1.  **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**      ☐ No

   Do not list Debtor 1 and Debtor 2.      ■ Yes.   Fill out this information for each dependent.............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Foster Son | 3 | ☐ No  ■ Yes |
| Foster Daughter | 5 | ☐ No  ■ Yes |
| Son | 8 | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**      ■ No   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4.  $ 500.00

   If not included in line 4:

   4a.   Real estate taxes      4a.  $ 0.00
   4b.   Property, homeowner's, or renter's insurance      4b.  $ 0.00
   4c.   Home maintenance, repair, and upkeep expenses      4c.  $ 100.00
   4d.   Homeowner's association or condominium dues      4d.  $ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans      5.  $ 0.00

| Debtor 1 | **Darrell Lee Fouch** | | |
|---|---|---|---|
| Debtor 2 | **Juanita nmn Fouch** | Case number (if known) | |

6.  **Utilities:**

| | | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | **150.00** |
| 6b. | Water, sewer, garbage collection | 6b. | $ | **50.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **100.00** |
| 6d. | Other. Specify: | 6d. | $ | **0.00** |

7.  **Food and housekeeping supplies** — 7. $ **700.00**

8.  **Childcare and children's education costs** — 8. $ **100.00**

9.  **Clothing, laundry, and dry cleaning** — 9. $ **100.00**

10. **Personal care products and services** — 10. $ **100.00**

11. **Medical and dental expenses** — 11. $ **150.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments. — 12. $ **250.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**

14. **Charitable contributions and religious donations** — 14. $ **0.00**

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | | |
|---|---|---|---|---|
| 15a. | Life insurance | 15a. | $ | **0.00** |
| 15b. | Health insurance | 15b. | $ | **0.00** |
| 15c. | Vehicle insurance | 15c. | $ | **157.00** |
| 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: — 16. $ **0.00**

17. **Installment or lease payments:**

| | | | | |
|---|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| 17c. | Other. Specify: | 17c. | $ | **0.00** |
| 17d. | Other. Specify: | 17d. | $ | **0.00** |

18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**

19. **Other payments you make to support others who do not live with you.**
    Specify: — 19. $ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | | |
|---|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| 20b. | Real estate taxes | 20b. | $ | **0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |

21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | **2,457.00** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **2,457.00** |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **1,829.00** |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **2,457.00** |
| 23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.* | 23c. | $ | **-628.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?

    ☐ No.
    ☐ Yes.  Explain here:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Darrell Lee Fouch** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Juanita nmn Fouch** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    *Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Darrell Lee Fouch**                    X **/s/ Juanita nmn Fouch**
   **Darrell Lee Fouch**                          **Juanita nmn Fouch**
   Signature of Debtor 1                          Signature of Debtor 2

   Date **October 18, 2019**                     Date **October 18, 2019**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Darrell Lee Fouch** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Juanita nmn Fouch** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA | | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____
Darrell Lee Fouch                  Juanita nmn Fouch
Signature of Debtor 1              Signature of Debtor 2

Date  **September 13, 2019**       Date  **September 13, 2019**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darrell Lee Fouch** |
| | First Name                    Middle Name                         Last Name |
| Debtor 2 | **Juanita nmn Fouch** |
| (Spouse if, filing) | First Name                    Middle Name                         Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
                                                                                            4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **HC 81 box 400 Meador WV Matewan, WV 25678** | From-To: **911 change** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips | $3,139.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor 1 | **Darrell Lee Fouch** | | | | |
| Debtor 2 | **Juanita nmn Fouch** | | | Case number *(if known)* | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $15,120.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |

**5.   Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | | $0.00 | SSI | $9,252.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | | $0.00 | SSI | $9,252.00 |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.**   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■ **Yes.**   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

| Debtor 1 | **Darrell Lee Fouch** | | |
|---|---|---|---|
| Debtor 2 | **Juanita nmn Fouch** | | Case number *(if known)* |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Unknown Plaintiff vs Unknown Defendant**<br>**1020861RGP** | **BankruptcyChapter7** | **US BKPT CT WV CHARLEST** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Discharged - 0.00** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Huntington National Bank Bankruptcy Dept.**<br>**2361 Morse Rd.**<br>**Columbus, OH 43229** | **2014 Ford Explorer**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **2018** | **Unknown** |
| **Ford Motor Credit National Bankruptcy Service Center**<br>**PO Box 6275**<br>**Dearborn, MI 48121** | **2018 Ford F150**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **1/2018** | **Unknown** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your**

| Debtor 1 | **Darrell Lee Fouch** | | |
|---|---|---|---|
| Debtor 2 | **Juanita nmn Fouch** | Case number *(if known)* | |

**accounts or refuse to make a payment because you owed a debt?**

■ No

☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1    **Darrell Lee Fouch**
Debtor 2    **Juanita nmn Fouch**

Case number *(if known)* _____

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Robert H. Carlton Law Office<br>19 E5th Ave.<br>Williamson, WV 25661<br>Carlton@mikrotec.com | Representation of the debtors in any dischargeability actions, judicial or other lien avoidances, reaffirmation agreements, relief from stay actions, student loan issues, or any other adversary proceeding.  does not include adversary proceedings, Motions to Dismiss for substantial abuse, Judgment lien avoidances, bad faith claims and dischargeability of student loans or divorce property settlement agreements, any bankruptcy audit or improper reporting on a credit bureau report. | Sept 2019 | $1,200.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Melissa Hall | 2003 Mitsubishi with mileage being 287,000-valued at roughly $500.00 | vehicle was non-operable due to busted brake lines and flat tires. Debtor 2 owed sister $200.00 and gave the vehicle to her for the debt owed | 09/2019 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1    **Darrell Lee Fouch**
Debtor 2    **Juanita nmn Fouch**

Case number *(if known)*

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

| Debtor 1 | **Darrell Lee Fouch** | | |
|----------|------------------------|--|--|
| Debtor 2 | **Juanita nmn Fouch** | Case number *(if known)* | |

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Darrell Lee Fouch | /s/ Juanita nmn Fouch |
|---|---|
| **Darrell Lee Fouch** | **Juanita nmn Fouch** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |

| Date | **October 18, 2019** | Date | **October 18, 2019** |
|---|---|---|---|

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
■ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor 1 | **Darrell Lee Fouch** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Juanita nmn Fouch** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Form **1040** | Department of the Treasury–Internal Revenue Service (99) | **2018** | OMB No. 1545-0074 | IRS Use Only – Do not write or staple in this space |
| --- | --- | --- | --- | --- |
| | **U.S. Individual Income Tax Return** | | | |

| Filing status: | ☐ Single | ☒ Married filing jointly | ☐ Married filing separately | ☐ Head of household | ☐ Qualifying widow(er) | |
| --- | --- | --- | --- | --- | --- | --- |

| Your first name and initial | Last name | Your social security number |
| --- | --- | --- |
| Darrell L | Fouch | ▓-2859 |

Your standard deduction: ☐ Someone can claim you as a dependent   ☐ You were born before January 2, 1954   ☐ You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
| --- | --- | --- |
| Juanita | Fouch | ▓-0308 |

Spouse standard deduction: ☐ Someone can claim your spouse as a dependent   ☐ Spouse was born before January 2, 1954   ☒ Full-year health care coverage or exempt (see inst.)
☐ Spouse is blind   ☐ Spouse itemizes on a separate return or you were dual-status alien

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no | Presidential Election Campaign |
| --- | --- | --- |
| 17 buck ln | | (see inst.) ☐ You ☐ Spouse |

| City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6 | If more than four dependents, |
| --- | --- |
| Matewan, WV 25678 | see inst. and check here ▶ ☐ |

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) check if qualifies for (see inst.) |
| --- | --- | --- | --- |
| | | | Child tax credit | Credit for other dependent |
| Megan Fouch | ▓-9685 | Daughter | ☒ | ☐ |
| Darrell Fouch | ▓-5869 | Son | ☒ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| --- | --- | --- | --- |
| | | Dietary worker | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparers Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if |
| --- | --- | --- | --- | --- |
| | | | | ☐ 3rd Party Designee |
| Firm's name ▶ | | Phone no | | ☐ Self-employed |
| Firm's address ▶ | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    UYA    Form **1040** (2018)

Form 1040 (2018) Darrell L and Juanita Fouch                        ████ 2859    Page 2

| | | | | | |
|---|---|---|---|---|---|
| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | 3,140. |
| | 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | |
| | 3a | Qualified dividends | 3a | b Ordinary dividends | 3b | |
| | 4a | IRAs, pensions and annuities | 4a | b Taxable amount | 4b | |
| | 5a | Social security benefits | 5a | b Taxable amount | 5b | |
| Standard Deduction for - | 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | | 6 | 3,140. |
| • Single or married filing separately, $12,000 | 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, Subtract Schedule 1, line 36, from line 6 | | 7 | 3,140. |
| • Married filing jointly or Qualifying widow(er), $24,000 | 8 | Standard deduction or itemized deductions (from Schedule A) | | 8 | 24,000. |
| | 9 | Qualified business income deduction (see instructions) | | 9 | |
| • Head of household, $18,000 | 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | 10 | 0. |
| • If you checked any box under Standard deduction, see instructions. | 11 | a Tax (see inst.)  0.  (check if any from: 1 ☐ Form(s) 8814  2 ☐ Form 4972  3 ☐ ) | | | |
| | | b Add any amount from Schedule 2 and check here ▶ ☐ | | 11 | |
| | 12 | a Child tax credit/credit for other dependents _____ b Add any amount from Schedule 3 and check here ▶ ☐ | | 12 | 0. |
| | 13 | Subtract line 12 from line 11. If zero or less, enter -0- | | 13 | 0. |
| | 14 | Other taxes. Attach Schedule 4 | | 14 | 0. |
| | 15 | Total tax. Add lines 13 and 14 | | 15 | 0. |
| | 16 | Federal income tax withheld from Forms W-2 and 1099 | | 16 | |
| | 17 | Refundable credits: a EIC (see inst.)  1,250.  b Sch 8812  96.  c Form 8863 | | | |
| | | Add any amount from Schedule 5 | | 17 | 1,346. |
| | 18 | Add lines 16 and 17. These are your total payments | | 18 | 1,346. |
| | 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | | 19 | 1,346. |
| Refund | 20a | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | | 20a | 1,346. |
| Direct deposit? See instructions. | ▶ b | Routing number ████  ▶ c Type ☒ Checking ☐ Savings | | | |
| | ▶ d | Account number ████ | | | |
| | 21 | Amount of line 19 you want applied to your 2019 estimated tax ▶ | 21 | | |
| Amount you owe | 22 | Amount you owe. Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | | 22 | 0. |
| | 23 | Estimated tax penalty (see instructions) ▶ | 23 | | |

Go to www.irs.gov/Form1040 for instructions and the latest information.                Form 1040 (2018)

UYA

| Form **W-2** Wage and Tax Statement | **2018** |
|---|---|

Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.
OMB No. 1545-0008  Department of the Treasury—Internal Revenue Service

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3139.88 | |
| 3 Social security wages | 4 Social security tax withheld |
| 3139.88 | 194.65 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3139.88 | 45.59 |

b Employer identification number
52-2382859

c Employer's name, address, and ZIP code
WEST VIRGINIA'S CHOICE, INC.
1097 GREENBAG ROAD
MORGANTOWN, WV 26508-1532

| a Employee's social security number | d Control number |
|---|---|
| █████2859 | DF102252 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Statutory employee / Retirement plan / Third party sick pay |

e Employee's name, address, and ZIP code                    Suff.
DARRELL L    FOUCH
17 BUCK LN
MATEWAN    WV    25678-782

| 15 State WV | Employer's state ID number 1032-1568 | 16 State wages, tips, etc. 3139.88 |
|---|---|---|
| 17 State income tax 42.00 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

| Form **W-2** Wage and Tax Statement | **2018** |
|---|---|

Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.
OMB No. 1545-0008  Department of the Treasury—Internal Revenue Service

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3139.88 | |
| 3 Social security wages | 4 Social security tax withheld |
| 3139.88 | 194.65 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3139.88 | 45.59 |

b Employer identification number
52-2382859

c Employer's name, address, and ZIP code
WEST VIRGINIA'S CHOICE, INC.
1097 GREENBAG ROAD
MORGANTOWN, WV 26508-1532

| a Employee's social security number | d Control number |
|---|---|
| █████2859 | DF102252 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Statutory employee / Retirement plan / Third party sick pay |

e Employee's name, address, and ZIP code                    Suff.
DARRELL L    FOUCH
17 BUCK LN
MATEWAN    WV    25678-782

| 15 State WV | Employer's state ID number 1032-1568 | 16 State wages, tips, etc. 3139.88 |
|---|---|---|
| 17 State income tax 42.00 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

1273

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) | | | |
|---|---|---|---|---|
| | **U.S. Individual Income Tax Return** **2017** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. | |

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning _____, 2017, ending _____, 20 ___ | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| DARRELL L | FOUCH | ■■■-■■-2859 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| JUANITA | FOUCH | ■■■-■■-0308 |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
17 BUCK LAYNE

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Matewan, WV 25678

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**
Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . . . . . . . .
b ☒ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you **3**
• did not live with you due to divorce or separation (see instructions)

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| MORGAN FOUCH | ■■■-■■-9056 | Daughter | |
| MEGAN FOUCH | ■■■-■■-9685 | Daughter | X |
| DARRELL FOUCH | ■■■-■■-5869 | Son | X |

If more than four dependents, see instructions and check here ▶ ☐

Dependents on 6c not entered above

Add numbers on lines above ▶ **5**

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . | 7 | 15,120. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . . | 8a | |
| b | Tax-exempt interest. Do not include on line 8a . . . . . . . . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . . . . . . . . . . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . . . . | 15a | b Taxable amount . . . . . . . . | 15b | |
| 16a | Pensions and annuities . . . . . | 16a | b Taxable amount . . . . . . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . . | 20a | b Taxable amount . . . . . . . . | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 15,120. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . . . . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . . . . . . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . . . . . . . . . . . . | 33 | |
| 34 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . . . . ▶ | 37 | 15,120. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FD100   Form **1040** (2017)

VSA

Case 2:19-bk-20464 Doc 64 Filed 10/18/19 Entered 10/18/19 08:45:21 Desc Main Document Page 66 of 90

| Tax and Credits | | | | |
|---|---|---|---|---|
| **Standard Deduction for—** | 39a Check if: | You were born before January 2, 1953, Blind. Spouse was born before January 2, 1953, Blind. | checked ▶ 39a | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b | | |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) **or** your standard deduction (see left margin) . . . . . . | 40 | 12,700. |
| | 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . . . . . | 41 | 2,420. |
| | 42 | Exemptions. If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 20,250. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . . . . . | 43 | 0. |
| • All others: | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 0. |
| Single or Married filing separately, $6,350 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 . . . . . . . . . . | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . . . | 46 | |
| Married filing jointly or Qualifying widow(er), $12,700 | 47 | Add lines 44, 45, and 46 . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 47 | 0. |
| | 48 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 . . | 49 | |
| Head of household, $9,350 | 50 | Education credits from Form 8863, line 19 . . . . . . . . | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 . . | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required . . . . . | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 . . . . . . . | 53 | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits . . . . . . . . . . . . . . | 55 | 0. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- . . . . . . . . . ▶ | 56 | 0. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . | 59 | |
| | 60a | Household employment taxes from Schedule H . . . . . . . . . . . . . . . . | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required . . . . . . . . . | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☐ . . . . | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** . . . . . . . . . . . . . . ▶ | 63 | 0. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 . . . . | 64 | 34. |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2017 estimated tax payments and amount applied from 2016 return | 65 | |
| | 66a | Earned income credit (EIC) . . . . . . . . . . . . . | 66a | 6,318. |
| | b | Nontaxable combat pay election . . . ▶ 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 . . . . . . | 67 | 1,818. |
| | 68 | American opportunity credit from Form 8863, line 8 . . . . . | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 . . . . . . . . | 69 | |
| | 70 | Amount paid with request for extension to file . . . . . . . | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld . . . . . | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 73 | |
| | 74 | Add lines 64, 65, and 66a through 73. These are your total payments . . . . . . . . ▶ | 74 | 8,170. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | 8,170. |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here . . . ▶ ☐ | 76a | 8,170. |
| Direct deposit? ▶ See instructions. | b | Routing number ▶ XXXXXXXXX ▶ c Type: ☒ Checking ☐ Savings | | |
| | d | Account number ▶ XXXXXXXXXXXXXXXXX | | |
| | 77 | Amount of line 75 you want applied to your 2018 estimated tax ▶ 77 | | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions . . ▶ | 78 | 0. |
| | 79 | Estimated tax penalty (see instructions) . . . . . . . | 79 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes. Complete below.** ☐ No

| Designee's name ▶ Liberty Tax Service | Phone no. ▶ (304) 426-8761 | Personal identification number (PIN) ▶ 10265 |
|---|---|---|

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date 2/2/2018 | Your occupation TRUCK DRIVER | Daytime phone number (304) 426-4736 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date 2/2/2018 | Spouse's occupation HOMEMAKER | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name Kathy Wellman | Preparer's signature | Date 2/2/2018 | Check ☐ if self-employed | PTIN P00580099 |
|---|---|---|---|---|
| Firm's name ▶ Liberty Tax Service | | | | Firm's EIN ▶ 55-0705949 |
| Firm's address ▶ 173 Mate St Matewan, WV 25678 | | | | Phone no. (304) 426-8761 |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

FD100

Form **1040** (2017)

VSA

# IT-140
REV 8-17

## West Virginia Personal Income Tax Return

# 2017

| Extended Due Date | | | Check box ONLY if you are a Year End fiscal year filer ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|
| MM | DD | YYYY | | | MM | DD | | YYYY |

SOCIAL SECURITY NUMBER ████ 859   ☐ Deceased Prime   Date of Death

*SPOUSE'S SOCIAL SECURITY NUMBER ████ 0308   ☐ Deceased Spouse   Date of Death

FOUCH _____ (Last Name)   Suffix

DARRELL _____ (Your First Name)   L (MI)

Spouse's Last Name - Only if different from Last Name above   Suffix

JUANITA _____ (Spouse's First Name)   (MI)

17 BUCK LAYNE
First Line of Address

Second Line of Address

MATEWAN
City   WV State   25678 Zip Code

Telephone Number: 304 426 4736

Amended return   Check before 4/17/18 if you wish to stop the original debit (amended return only)   Net Operating Loss   Nonresident Special   Nonresident/Part-Year Resident   Form WV-8379 filed as an injured spouse

*(See instructions)*

**Filing Status (Check One)**

1 ___ Single
2 ___ Head of Household
3 _X_ Married, Filing Joint
4 ___ Married, Filing Separate *Enter spouse's SS# and name in the boxes above
5 ___ Widow(er) with dependent child

**Exemptions:** (If someone can claim you as a dependent, leave box (a) blank.)

Enter "1" in boxes a and b if they apply { Yourself (a) **1** Spouse (b) **1**

c. List your dependents. If more than five dependents, continue on Schedule DP.

| First name | Last name | Social Security Number | Date of Birth (MM DD YYYY) |
|---|---|---|---|
| MORGAN | FOUCH | ████ 9056 | 11 16 2000 |
| MEGAN | FOUCH | ████ 9685 | 02 14 2004 |
| DARRELL | FOUCH | ████ 5869 | 09 25 2011 |
| | | | |
| | | | |

d. Additional exemption if surviving spouse (see Schedule DP)   Enter total number of dependents(c) **3**

Enter decedents SSN: _____   Year Spouse Died: _____   (d)

e. Total Exemptions (add boxes a, b, c, and d). Enter here and on line 6 below. If box e is zero, enter $500 on line 6 below.   (e) **5**

| | | | |
|---|---|---|---|
| 1. Federal Adjusted Gross Income or income to claim senior citizen tax credit from Schedule SCTC-1 . . | 1 | 15120 | .00 |
| 2. Additions to income (line 38 of Schedule M) . . . . . . . . . . . . . . . . . . . . . . | 2 | | .00 |
| 3. Subtractions from income (line 55 of Schedule M) . . . . . . . . . . . . . . . . . . . | 3 | | .00 |
| 4. West Virginia Adjusted Gross Income (line 1 plus line 2 minus line 3) . . . . . . . . . . . | 4 | 15120 | .00 |
| 5. Low-Income Earned Income Exclusion . . . . . . . . . . . . . . . . . . . . . . . . | 5 | | .00 |
| 6. Total Exemptions as shown above on Exemption Box (e) __5__ x $2,000 . . . . . . . . . | 6 | 10000 | .00 |
| 7. West Virginia Taxable Income (line 4, minus lines 5 & 6) IF LESS THAN ZERO, ENTER ZERO . . . . . | 7 | 5120 | .00 |
| 8. Income Tax Due (Check One) [X] Tax Table ☐ Rate Schedule ☐ Nonresident/Part-year resident calculation schedule . . . . . . . | 8 | 154 | .00 |
| 9. Family Tax Credit if applicable (see instructions) . . . . . . . . . . . . . . . . . . . | 9 | 154 | .00 |
| **10. Total Taxes Due (line 8 minus line 9)** . . . . . . . . . . . . . . . . . . . . . . . | 10 | | .00 |

| TAX DEPT USE ONLY | | | | |
|---|---|---|---|---|
| PAYMENT PLAN | CORR | SCTC | NRSR | HEPTC |
| ☐ | ☐ | ☐ | ☐ | ☐ |

1273



L A 4 0 2 0 1 7 0 1

| PRIMARY LAST NAME SHOWN ON FORM IT-140 | FOUCH | SOCIAL SECURITY NUMBER | 2859 |

| | | | |
|---|---|---|---|
| **10.** Total Taxes Due (from page 1) .................................................. | 10 | | .00 |
| 11. West Virginia Income Tax Withheld **(SEE INSTRUCTIONS)** ☐ *CHECK HERE IF WITHHOLDING IS FROM NRSR (NON RESIDENT SALE OF REAL ESTATE)* | 11 | | 352 .00 |
| 12. Estimated Tax Payments and Payments with Schedule L ........................ | 12 | | .00 |
| 13. Senior Citizen Tax Credit for property tax paid from Schedule SCTC-1 ........... | 13 | | .00 |
| 14. Homestead Excess Property Tax Credit for property tax paid from Schedule HEPTC-1 .......... | 14 | | .00 |
| 15. Credits from Tax Credit Recap Schedule ..................................... | 15 | | .00 |
| 16. Amount paid with original return (amended return only) ........................ | 16 | | .00 |
| 17. Payments and Credits (add lines 11 through 16) ............................. | 17 | | 352 .00 |
| 18. Overpayment previously refunded or credited (amended return only) ............. | 18 | | .00 |
| 19. Total payments and credits (line 17 minus line 18) .......................... | 19 | | 352 .00 |
| 20. Penalty Due from Form IT-210. ☐ *CHECK IF REQUESTING WAIVER/ANNUALIZED WORKSHEET ATTACHED* If you owe penalty, enter here ......... | 20 | | .00 |
| 21. Subtract line 20 from line 19 and enter total, (if line 20 is larger, subtract 19 from 20 add to line 10 and enter on line 22) ........... | 21 | | 352 .00 |
| 22. Balance of Income Tax Due (line 10 minus line 21). If line 21 is greater than line 10, skip to line 23 ..... | 22 | | .00 |
| 23. If line 21 is greater than line 10, subtract line 10 from line 21. This is your income tax overpayment ..... | 23 | | 352 .00 |
| 24. West Virginia Use Tax Due on out-of-state purchases (see Schedule UT). If this amount is greater than line 23, go on to line 25. If this amount is less than line 23, skip to line 26    X   *CHECK IF NO USE TAX DUE* ......... | 24 | | .00 |
| 25. Subtract line 23 from line 24 and add line 22, this is the total **balance of tax due** .................. | 25 | | .00 |
| 26. Subtract line 24 from line 23, this is your **total overpayment** ............................... | 26 | | 352 .00 |
| 27. Amount of overpayment to be credited to your 2018 estimated tax ........................ | 27 | | .00 |
| 28. West Virginia Children's Trust Fund to help prevent child abuse and neglect. Enter the amount of your contribution ☐ $5 ☐ $25 ☐ $100 ☐ Other $ _____ | 28 | | .00 |
| 29. Deductions from your overpayment (Add lines 27 and 28) ..................... | 29 | | .00 |
| **30.** Refund due you (subtract line 29 from line 26) ........................ **REFUND** | 30 | | 352 .00 |
| **31.** Total amount due the State (line 25 plus line 28) *PAY THIS AMOUNT* ...... PAY THIS AMOUNT | 31 | | .00 |

**Direct Deposit of Refund**   ☐ CHECKING   ☐ SAVINGS

ROUTING NUMBER                           ACCOUNT NUMBER

**PLEASE REVIEW YOUR ACCOUNT INFORMATION FOR ACCURACY. PROVIDING INCORRECT ACCOUNT INFORMATION MAY RESULT IN A $15.00 RETURNED PAYMENT CHARGE.**

Under penalties of perjury, I declare that I have examined this return, accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. I authorize the State Tax Department to discuss my return with my preparer.    ☐ YES  ☒ NO

▶

| Your Signature | Date | Spouse's Signature | Date | Telephone Number |
|---|---|---|---|---|
| | | 173 Mate St Matewan WV 25678 | | 304 426 8761 |
| Signature of preparer other than above | Date | Address | | Telephone Number |

| 55 070 5949 | ☐ Preparer: Check here if client is requesting that form NOT be e-filed | **MAIL TO:** |
|---|---|---|

| **REFUND** | **BALANCE DUE** |
|---|---|
| WV State Tax Department | WV State Tax Department |
| P.O. Box 1071 | P.O. Box 3694 |
| Charleston, WV 25324-1071 | Charleston, WV 25336-3694 |

Preparer's EIN

**Payment Options**

Returns filed with a balance of tax due may use any of the following payment options:

- Check or Money Order - If you filed a paper return, enclose your check or money order with your return. If you electronically filed, mail your check or money order with the payment voucher IT-140V that is provided to you after the submission of your tax return.

- Electronic Funds Transfer - If you electronically filed your return, your tax payment may be automatically deducted from your checking account. You may elect to authorize the withdrawal to occur at the time the return is filed or delay payment any time between filing and due date of April 17, 2018.

- Payment by credit card - Payments may be made using your Visa® Card, Discover® Card, American Express® Card or MasterCard®. Visit tax.wv.gov.

1273



L A 4 0 2 0 1 7 0 2

| Form **W-2** Wage and Tax Statement **2017** | | Form **W-2** Wage and Tax Statement **2017** | |
|---|---|---|---|
| Copy C - For EMPLOYEE'S RECORDS (See *Notice to Employee* on the back of Copy B.) OMB No. 1545-0008 Department of the Treasury—Internal Revenue Service | | Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return. OMB No. 1545-0008 Department of the Treasury—Internal Revenue Service | |
| 1 Wages, tips, other compensation 15120.00 | 2 Federal income tax withheld 34.45 | 1 Wages, tips, other compensation 15120.00 | 2 Federal income tax withheld 34.45 |
| 3 Social security wages 15120.00 | 4 Social security tax withheld 937.53 | 3 Social security wages 15120.00 | 4 Social security tax withheld 937.53 |
| 5 Medicare wages and tips 15120.00 | 6 Medicare tax withheld 219.23 | 5 Medicare wages and tips 15120.00 | 6 Medicare tax withheld 219.23 |
| b Employer identification number 52-2382859 | | b Employer identification number 52-2382859 | |
| c Employer's name, address, and ZIP code WEST VIRGINIA'S CHOICE, INC. 1097 GREENBAG ROAD MORGANTOWN, WV 26508-1532 | | c Employer's name, address, and ZIP code WEST VIRGINIA'S CHOICE, INC. 1097 GREENBAG ROAD MORGANTOWN, WV 26508-1532 | |
| a Employee's social security number ████2859 | d Control number DF102252 | a Employee's social security number ████2859 | d Control number DF102252 |
| 7 Social security tips | 8 Allocated tips | 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits | 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 | 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b | 14 Other | 12b |
| | 12c | | 12c |
| | 12d | | 12d |
| | 13 Statutory employee / Retirement plan / Third-party sick pay | | 13 Statutory employee / Retirement plan / Third-party sick pay |
| e Employee's name, address, and ZIP code                    Suff. DARRELL L   FOUCH 17 BUCK LN MATEWAN   WV   25678-782 | | e Employee's name, address, and ZIP code                    Suff. DARRELL L   FOUCH 17 BUCK LN MATEWAN   WV   25678-782 | |
| 15 State WV | Employer's state ID number 1032-1568 | 16 State wages, tips, etc. 15120.00 | 15 State WV | Employer's state ID number 1032-1568 | 16 State wages, tips, etc. 15120.00 |
| 17 State income tax 352.00 | 18 Local wages, tips, etc. | 17 State income tax 352.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name | 19 Local income tax | 20 Locality name |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Darrell Lee Fouch** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Juanita nmn Fouch** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | SOUTHERN DISTRICT OF WEST VIRGINIA | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Darrell Lee Fouch**
Signature of Debtor 1

Date    **September 13, 2019**

**Juanita nmn Fouch**
Signature of Debtor 2

Date    **September 13, 2019**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darrell Lee Fouch** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Juanita nmn Fouch** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Progressive Leasing**<br><br>Description of property securing debt: **Household Items** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **Keep and pay for without reaf** | ☐ No<br><br>■ Yes |
| Creditor's name: **Santander Consumer USA**<br><br>Description of property securing debt: **2012 Ford Explorer 83,000 miles surrendering in bankruptcy** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Darrell Lee Fouch**
Debtor 2    **Juanita nmn Fouch**                                          Case number *(if known)* _____

Lessor's name:
Description of leased                                                       ☐ No
Property:
                                                                           ☐ Yes

Lessor's name:
Description of leased                                                       ☐ No
Property:
                                                                           ☐ Yes

Lessor's name:
Description of leased                                                       ☐ No
Property:
                                                                           ☐ Yes

Lessor's name:
Description of leased                                                       ☐ No
Property:
                                                                           ☐ Yes

Lessor's name:
Description of leased                                                       ☐ No
Property:
                                                                           ☐ Yes

Lessor's name:
Description of leased                                                       ☐ No
Property:
                                                                           ☐ Yes

Lessor's name:
Description of leased                                                       ☐ No
Property:
                                                                           ☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Darrell Lee Fouch**                              X **/s/ Juanita nmn Fouch**
  **Darrell Lee Fouch**                                    **Juanita nmn Fouch**
  Signature of Debtor 1                                     Signature of Debtor 2

  Date    **October 18, 2019**                    Date    **October 18, 2019**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Darrell Lee Fouch | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Juanita nmn Fouch | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA | |
| Case number | | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                12/15

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _(signature)_                                          X _(signature)_
**Darrell Lee Fouch**                                    **Juanita nmn Fouch**
Signature of Debtor 1                                    Signature of Debtor 2

Date    **September 13, 2019**                           Date    **September 13, 2019**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of West Virginia

In re    **Darrell Lee Fouch**
         **Juanita nmn Fouch**

Case No.

Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,200.00** |
| Prior to the filing of this statement I have received | $ | **1,200.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

      ■ Debtor         □ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor         □ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **exemption planning;  preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on
          household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any dischargeability actions, judicial or other lien avoidances, reaffirmation
          agreements, relief from stay actions, student loan issues, or any other adversary proceeding.  does not include
          adversary proceedings, Motions to Dismiss for substantial abuse, Judgment lien avoidances, bad faith claims
          and dischargeability of student loans or divorce property settlement agreements, any bankruptcy audit or
          improper reporting on a credit bureau report.**

---

### CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 18, 2019**                              **/s/ Robert H. Carlton WV**
*Date*                                            **Robert H. Carlton WV 637**
                                                  *Signature of Attorney*
                                                  **Robert H. Carlton Law Office**
                                                  **19 E5th Ave.**
                                                  **Williamson, WV 25661**
                                                  **304-235-7777   Fax: 304-235-4663**
                                                  **Carlton@mikrotec.com**
                                                  *Name of law firm*

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of West Virginia

In re    **Darrell Lee Fouch**
    **Juanita nmn Fouch** _____    Case No. _____
                                        Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | **1,200.00** |
   | Prior to the filing of this statement I have received | $ | **1,200.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **exemption planning;  preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial or other lien avoidances, reaffirmation agreements, relief from stay actions, student loan issues, or any other adversary proceeding.  does not include adversary proceedings, Motions to Dismiss for substantial abuse, Judgment lien avoidances, bad faith claims and dischargeability of student loans or divorce property settlement agreements, any bankruptcy audit or improper reporting on a credit bureau report.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 13, 2019**
_Date_

X _Darrell Fouch_
X _Juanita Fouch_

**Robert H. Carlton WV 637**
_Signature of Attorney_
**Robert H. Carlton Law Office**
**19 E5th Ave.**
**Williamson, WV 25661**
**304-235-7777   Fax: 304-235-4663**
**Carlton@mikrotec.com**
_Name of law firm_

**United States Bankruptcy Court**
**Southern District of West Virginia**

In re
    **Darrell Lee Fouch**
    **Juanita nmn Fouch** _____    Case No. _____
                               Debtor(s)    Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **October 18, 2019** _____    **/s/ Darrell Lee Fouch** _____
                                       **Darrell Lee Fouch**
                                       Signature of Debtor

Date:   **October 18, 2019** _____    **/s/ Juanita nmn Fouch** _____
                                         **Juanita nmn Fouch**
                                       Signature of Debtor

**United States Bankruptcy Court**
**Southern District of West Virginia**

In re    Darrell Lee Fouch
         Juanita nmn Fouch

                                    Debtor(s)

Case No.
Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **September 13, 2019**

Darrell Lee Fouch
Signature of Debtor

Date:    **September 13, 2019**

Juanita nmn Fouch
Signature of Debtor

Acceptance Now
Attn: Bankruptcy
5501 Headquarters Drive
Plano, TX 75024


Acceptance Now
330 Southridge Blvd.
Charleston, WV 25309


ALPHA Recovery Corp
Attn: Bankruptcy
5660 Greenwood Plaza Blvd
Suite 101N
Greenwood Village, CO 80011-2417


Appalachian Wireless
PO Box 630734
Cincinnati, OH 45263-0734


Big Lots
3100 Easton Sq. Pl
Columbus, OH 43219


Burkes Outlet
PO Box 659705
San Antonio, TX 78265-9705


Capio Partners Llc
Attn: Bankruptcy
Po Box 3498
Sherman, TX 75091


Capio Partners, LLC
Attn: Bankruptcy
PO Box 3498
Sherman, TX 75091


Capital One Bank (USA), NA
15000 Capital One Drive
Henrico, VA 23238


Capital One Bank (USA), NA
PO Box 6492
Carol Stream, IL 60197

```
Comenity Bank
Attn: Bankruptcy
PO Box 182789
Columbus, OH 43218


Comenity Bank Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125


Comenity Bank Bankruptcy Department
PO Box 182782
Columbus, OH 43218-2782


Comenity Bank/burkesol
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity Bank/Marathon
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity Bank/Peebles
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193


Credit One Bank
Attn: Bankruptcy
Po Box 98873
Las Vegas, NV 89193


Credit One Bank
Attn: Bankruptcy
PO Box 98872
Las Vegas, NV 89193


Credit Solutions LLc
2277 Thunderstick Dr Ste 400
Lexington, KY 40505
```

Credit Solutions LLC
Attn: Bankruptcy
2277 Thunderstick Drive
Lexington, KY 40505


Customer Service
Attn: Bankruptcy
PO Box 182273
Columbus, OH 43218


Directv
Attn: Bankruptcy
PO Box 5007
Carol Stream, IL 60197


DIRECTV
Attn: Bankruptcy
PO Box 6550
Greenwood Village, CO 80155-6550


Diversified Consultant
Attn: Bankruptcy
PO Box 551268
Jacksonville, FL 32255


Diversified Consultants, Inc.
Attn: Bankruptcy
Po Box 679543
Dallas, TX 75267


First PREMIER Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117


First Premier Bank
Attn: Bankruptcy
601 S. Minnesota Ave.
Sioux Falls, SD 57104


Firstsource Advantage, LLC
Attn: Bankruptcy
PO Box 628
Buffalo, NY 14240

Firstsource Advantage, LLC
Attn: Bankruptcy
205 Bryant Woods South
Buffalo, NY 14228


Firstsource Advantage, LLC
CZFRST02
PO Box 1022
Wixom, MI 48393-1022


Ford Motor Credit
National Bankruptcy Service Center
PO Box 6275
Dearborn, MI 48121


Franklin Collection Service, Inc.
Attn: Bankruptcy
Po Box 3910
Tupelo, MS 38803


Franklin Collection Services
Attn: Bankruptcy
2978 W. Jackson St.
Tupelo, MS 38803


Frontier Communications
Attn: Bankruptcy
19 John Street
Middletown, NY 10940


Frontier Communications
Attn: Bankruptcy
PO Box 20550
Rochester, NY 14602


Gearheart Communications
Attn: Bankruptcy
PO Box 740729
Cincinnati, OH 45274-0729


GLA Collection Company
Attn: Bankruptcy
Po Box 588
Greensburg, IN 47240

GLA Collections
2630 Gleeson Way
Louisville, KY 40299


Healthcare Financial S
Attn: Bankruptcy
Po Box 3882
Charleston, WV 25301


Healthcare Financial Services
Attn: Bankruptcy
1204 Kanawha Blvd E
Charleston, WV 25338


Huntington National Bank
Att: Bankruptcy
7 Easton Oval
Columbus, OH 43219


Huntington Natl Bk
Attn: Bankruptcy
P.O. Box 340996
Columbus, OH 43234


I.C. System, Inc.
444 Highway 96 East
Po Box 64378
St. Paul, MN 55164


I.C. System, Inc.
PO Box 64378
Saint Paul, MN 55164-0378


Internal Collection Department
Attn: Bankruptcy
PO Box 2917
Pikeville, KY 41502


Jefferson Capital Systems, LLC
Po Box 1999
Saint Cloud, MN 56302


Jefferson Capital Systems, LLC
Attn: Bankruptcy
16 McLeland Rd.
Saint Cloud, MN 56303

```
Jefferson Capital Systems, LLC
Attn: Bankruptcy
PO Box 772813
Chicago, IL 60677


Jefferson Capital Systems, LLC
Attn: Bankruptcy
PO Box 1120
Charlotte, NC 28201


Lendmark Financial
Attn: Bankruptcy
1735 N Brown Rd, Ste 300
Lawrenceville, GA 30043


Linoln Automotive Financial Services
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154


LVNV Funding LLC
PO Box 1269
Greenville, SC 29602


LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603


Marathon
Attn: Bankruptcy
PO Box 182273
Columbus, OH 43218-2273


OneMain
PO Box 3327
Evansville, IN 47732


OneMain Financial
Attn: Bankruptcy
601 Nw 2nd St #300
Evansville, IN 47708
```

OneMain Financial
Attn: Bankruptcy
PO Box 1010
Evansville, IN 47706


OneMain Financial
Attn: Bankruptcy
63A Water Street
Logan, WV 25601


Peebles
PO Box 659465
San Antonio, TX 78265-9465


Pikeville Medical Center
PO Box 432
Pikeville, KY 41502-0432


Pikeville Radiology, PLLC
PO Box 2648
Pikeville, KY 41502


Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502


Portfolio Recovery
150 Corporate Blvd.
Ste 100
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
150 Corporate Blvd.
Norfolk, VA 23502


Progressive Leasing
256 West Data Drive
Draper, UT 84020


Progressive Leasing
256 Data Dr.
Draper, UT 84020

Santander Consumer USA
Attn: Bankruptcy
10-64-38-Fd7
601 Penn St
Reading, PA 19601


Santander Consumer USA
PO Box 660633
Dallas, TX 75266-0633


Santander Consumer USA
Bankruptcy Dept.
PO Box 560284
Dallas, TX 75356-0284


Sheridan Radiology/Capio Partners
Attn: Bankruptcy
2222 Texoma Pkwy Ste 160
Sherman, TX 75090


STAT EMS, LLC
Attn: Bankruptcy
PO Box 1210
Pineville, WV 24874


The Huntington National Bank
5555 Cleveland Avenue
GW 1W19
Columbus, OH 43231


Verizon
Attn: Bankruptcy Dept.
500 Technology Drive, Ste. 550
Saint Charles, MO 63304


Verizon
Attn: Bankruptcy
PO Box 408
Newark, NJ 07101


Verizon
Attn: Bankruptcy
PO Box 489
Newark, NJ 07101

```
Verizon Wireless
Attn: Verizon Wireless
Bankruptcy Administration
500 Technology Drive, Ste 550
Weldon Spring, MO 63304
```